## CAIN v. THE STATE.

(Decided May 18, 1916.)

--APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

BROWN, J.—No bill of exceptions, no error of record.  Affirmed.

---

## COOK v. THE STATE.

(Decided May 18, 1916.)

APPEAL from Autauga Circuit Court.

Heard before Hon. LEON McCORD.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Dismissed on motion of Attorney General.

---

## COPELAND v. CITY OF JASPER.

(Decided April 18, 1916.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel marked for either party.

PER CURIAM.—Appeal dismissed for want of prosecution.

---

## DARDONE v. THE STATE.

(Decided April 20, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

PROSCH & PROSCH, and M. H. MURPHY, for appellant.  W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Dismissed by appellant.